IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH D TOMLINSON,

    Plaintiff,
v.                                         CASE NO. 1:05-cv-00098-MP-MD

ARAMARK FOOD SERVICES,
KENNETH DEY,

    Defendants.
_____/

## **O R D E R**

       This matter is before the Court on Doc. 13, the Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim pursuant to 28 U.S.C. § § 1915(e)(2)(B)(ii). Objections to Report and Recommendation were due by December 6, 2005, but none were filed.

       The plaintiff filed a § 1983 action, claiming that the defendants were deliberately indifferent to a substantial risk of bodily injury, in violation of the Eighth Amendment, because they required him to work in a dishwashing room where he allegedly received a chemical burn. Under Title § 42 U.S.C.A. § 1997e, however, "No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C.A. § 1997e(a)(West Supp. 2002). As the Magistrate Judge correctly points out, plaintiff's grievances in this case did not adequately put the prison official on notice that he felt he was working in conditions so dangerous that they amounted to a constitutional violation. Instead, he only complained after his alleged injury about the range of motion he was

required to perform.  His work assignment was duly changed after that grievance.  Since the exhaustion requirement of 42 U.S.C. § 1997e is mandatory, the Magistrate Judge is correct that this action should be dismissed as frivolous.  Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

**DONE AND ORDERED** this ___4th___ day of January, 2006

                 *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge